```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    22cv6251 (DLC)
XBIOTECH INC.,                        :
                                      :
                    Plaintiff,        :    ORDER
          -v-                         :
                                      :
AMERICAN STOCK TRANSFER & TRUST       :
COMPANY, LLC,                         :
                                      :
                    Defendant.        :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On September 30, 2022, this Court held an initial pretrial conference. It is hereby

ORDERED that the plaintiff shall file any amended complaint by **October 21, 2022**. It is unlikely that the plaintiff will have further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, any opposition to the motion to dismiss shall be filed by **October 28, 2022**. A reply, if any, shall be filed by **November 11, 2022**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          September 30, 2022

                                   _____
                                            DENISE COTE
                                   United States District Judge