```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22cv6251 (DLC)
XBIOTECH INC.,                           :
                                         :
                        Plaintiff,       :    ORDER
              -v-                        :
                                         :
AMERICAN STOCK TRANSFER & TRUST          :
COMPANY, LLC,                            :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 27, 2022, the defendant moved to dismiss the complaint. On October 21, the plaintiff filed an amended complaint. It is hereby

ORDERED that the defendant's September 27 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendant shall respond to the amended complaint by **November 4, 2022**. If the defendant renews the motion to dismiss, the plaintiff shall file any opposition to the renewed motion by **December 2, 2022**. A reply, if any, shall be filed by **December 16, 2022**. At the time any reply is filed, the moving party shall supply Chambers with two

(2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         October 24, 2022

                                    _____
                                       DENISE COTE
                                  United States District Judge